JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JARED'S LEADS, INC.,<br><br>Defendant. | Case No. CV 23-10691 FMO (JPRx)<br><br>**ORDER DISMISSING ACTION** |

The complaint in the above-captioned case contains individual and class allegations, but no answer has been filed and no action has been taken in this matter.  (See, generally, Dkt.).  Now, the court is informed that the parties have settled and that plaintiff will dismiss the action as to her individual claim with prejudice.  (See Dkt. 22, Notice of Settlement).

Having reviewed the case file and determined that no prejudice to the class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** without prejudice as to the class claims and with prejudice as to the individual claim.  The dismissal shall be without costs and plaintiff shall retain the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  Failure to re-open or seek an extension of time to re-open the action by the deadline set forth

1  above shall be deemed as consent by the parties to dismissal of the action without prejudice as

2  to the class claims.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30,

3  82 S.Ct. 1386, 1388 (1962).

4  Dated this 30th day of April, 2024.

5
                                                              /s/
6                                                    Fernando M. Olguin
                                                United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28